UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ROBERTO RAMIREZ-RAMIREZ, Petitioner, | CV 14-9842 DSF<br>CR 08-701 DSF |
|---|---|
| v.<br>UNITED STATES OF AMERICA, Respondent. | Order DENYING Motion to Withdraw Counsel, Motion for Final Disposition, Motion to Lift Stay |

The motion is DENIED. The matter is currently on appeal and Petitioner's motions should be directed to the Court of Appeals.

IT IS SO ORDERED.

Date: March 18, 2020

_____
Dale S. Fischer
United States District Judge